UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-20119

SERGIO HEDDING,

     Plaintiff,

v.

ET PUBLISHING INTERNATIONAL, LLC,
a Foreign Limited Liability Company,
PORFIRIO SANCHEZ GALINDO, individually,

     Defendants.

_____/

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION

Defendant, ET PUBLISHING INTERNATIONAL, LLC, through its undersigned counsel, BLUEROCK LEGAL, P.A., hereby files this Motion to Compel Arbitration and Stay Litigation, and requests that this matter be referred to arbitration in accordance with the Parties' agreement, that the lawsuit be stayed, and that this Court retain jurisdiction to enter judgment at the conclusion of the arbitration proceedings.

### Preliminary Statement

This is an employment-related case. Defendant ET Publishing International, LLC, formerly employed Plaintiff. The present lawsuit is a claim for overtime wages. Plaintiff claims he was not paid the proper overtime.

Plaintiff agreed as a condition of his employment to arbitrate the present claims. Plaintiff signed an "Agreement Regarding Arbitration of All Employment Disputes and Waiver of Right to Jury Trial." A copy is attached as Exhibit 1. Plaintiff expressly agreed to submit any claims

1

relating to their employment relationship, including claims under the Fair Labor Standards Act to binding arbitration.

Plaintiff's Complaint only alleges claims under the Fair Labor Standards Act.  Plaintiff makes claims against ET Publishing, an entity that is expressly named in the Arbitration Agreement.[1]  The claims in the Complaint are arbitrable and the present lawsuit should be stayed in favor of arbitration.

## MEMORANDUM OF LAW

### A.  Federal Law Requires Arbitration Of The Present Claims.

The Federal Arbitration Act, 9 U.S.C. § 1, et seq. (2018) ("FAA") embodies a "liberal federal policy favoring arbitration agreements." Hemispherx Biopharma v. Johannesburg Consol. Invs., 553 F.3d 1351, 1366 (11th Cir. 2008); Klay v. All Defendants, 389 F.3d 1191, 1200 (11th Cir. 2004).  Arbitration agreements are "valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. § 2. "The role of the courts is to 'rigorously enforce agreements to arbitrate.'" Hemispherx Biopharma, 553 F.3d at 1366.

"The presence of a valid arbitration provision raises a strong presumption of enforcement." Triumph Ventures, Inc. v. Lennar Corp., 2017 U.S. Dist. LEXIS 125251, at *3 (S.D. Fla. Aug. 4, 2017).  "When presented with a motion to compel arbitration, a district court will consider three factors: (1) whether a valid agreement to arbitrate exists, (2) whether an arbitrable issue exists, and (3) whether the right to arbitrate is waived." Id. at *4; See also Serrano v. Tuition Options, LLC, No. 17-cv-24443-GAYLES, 2018 U.S. Dist. LEXIS 106972, at *4 (S.D. Fla. June 27, 2018); Curbelo v. Autonation Benefits Co., No. 14-CIV-62736-BLOOM/Valle, 2015 U.S. Dist. LEXIS

---

[1] Defendant, Porfirio Sanchez Galindo has not been served in this case.

18788, at *3 (S.D. Fla. Feb. 13, 2015); <u>Lambert v. Austin Ind.</u>, 544 F.3d 1192, 1195 (11th Cir. 2008).

The only claims in the Complaint are for overtime under the Fair Labor Standards Act. The Arbitration Agreement expressly includes those claims within its scope. The only Defendant before the Court is ET Publishing International, LLC. Plaintiff agreed in his arbitration agreement that he would arbitrate all of his employment claims against ET Publishing International, LLC.

The FAA requires that the Court stay any litigation on a claim that is referable to arbitration. 9 U.S.C. § 3. In our case, a valid arbitration agreement exists that encompasses Plaintiff's claims and the right to arbitrate was not waived. As such, this action should be stayed and the parties compelled to arbitrate.

### B. <u>Florida Law Requires Arbitration Of The Present Claims.</u>

Florida law also requires arbitration of the present claims. The Florida Arbitration Code declares written agreements to arbitrate to be valid, irrevocable, and enforceable. Fla. Stat. § 682.02(1) (2019). Florida law strongly favors enforcement of such agreements. <u>See</u> <u>Sears Authorized Termite & Pest Control, Inc. v. Sullivan</u>, 816 So.2d 603, 606 (Fla. 2002) (arbitration agreements favored by Florida courts); <u>Laizure v. Avante at Leesburg, Inc.</u>, 44 So. 3d 1254, 1257 (Fla. 5th DCA 2010) (Florida public policy favors arbitration); <u>KFC Nat'l Management Co. v. Beauregard</u>, 739 So. 2d 630, 631 (Fla. 5th DCA 1999) (Public policy favors arbitration as an efficient means of settling disputes, because it avoids the delays and expenses of litigation).

The present claims for employment discrimination are within the scope of the Arbitration Agreement. The Arbitration Agreement is between Plaintiff and Defendant. All claims in the Complaint are arbitrable and, therefore, this lawsuit should be stayed in favor of arbitration.

WHEREFORE, based on the foregoing, Defendant respectfully requests this Court to enter an order compelling arbitration and granting all other relief deemed just and proper.

BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
Phone: (305) 981-4300
Fax: (305) 981-4304
Counsel for Defendant

By: /s/ Frank H Henry_____
    Frank H. Henry
    Florida Bar No. 956554
    fhenry@bluerocklegal.com
    Allyson Morgado
    Florida Bar No. 91506
    associate@bluerocklegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Florida Courts E-Filing Portal sending a notice of electronic filing to counsel on the attached service list on January 10, 2019.

  /s/ Frank H. Henry_____

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Max L. Horowitz, Esq.
Remer & George-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Ph:305-416-5000
agp@rgpattorneys.com
mhorowitz@rgpattorneys.com
Attorneys for Plaintiff

/s/ Frank H. Henry_____
